

199 WATER STREET   NEW YORK, N.Y. 10038   TEL: 212-577-3688   FAX: 212-509-8431   www.legal-aid.org

USDC FILED
5/17/2007
Steven Banks
*Attorney-in-Chief*

*Criminal Appeals Bureau*



May 11, 2007

HON. WILLIAM H. PAULEY III
United States District Judge
500 Pearl Street
New York, New York 10007-1312

                          Re: Jones v. Fischer
                              05-Civ-7774 (WHP)

Dear Judge Pauley:

    I am writing to request <u>an extension of time to May 21, 2007, to file petitioner's response to the State's objections to the Magistrate Judge's Report and Recommendation in the above-entitled matter.</u>  The State's counsel, Assistant Attorney General Wen, has consented to this request.

                                      Very truly yours,

                                      MITCHELL J. BRISKEY
                                      Attorney for Petitioner
                                      212-577-3543

cc: FREDERICK H. WEN
    Assistant Attorney General

*Application granted*
**SO ORDERED:**

WILLIAM H. PAULEY III U.S.D.J.
5/15/2007